LAW OFFICE OF MONICA BERMUDEZ
Monica Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Email: monica@lawbermudez.com

Attorney for:
NORBERTO JUAREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORBERTO JUAREZ,<br><br>Defendants. | Case No. 0972 1:15CR00066<br><br>STIPULATION AND ORDER TO<br>CONTINUE THE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NORBERTO JUAREZ, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the sentencing hearing currently set for Wednesday, April 19, 2017, be continued to Monday, May 1, 2017 at 8:30 a.m.

Defense Counsel, Monica L. Bermudez, received Mr. Juarez's dispositional memorandum on Tuesday, April 11, 2017. Due to Counsel's schedule, she has not had an opportunity to review the memorandum with Mr. Juarez. The earliest opportunity Counsel has to go to Lerdo Pre-Trial Facility is Saturday, April 15, 2017. Counsel anticipates, after speaking to Mr. Juarez and reviewing the memorandum with him, Counsel will file a sentencing memorandum on Mr. Juarez's behalf. I have spoken to AUSA Ross Pearson and he has no objection to continuing this

1

matter. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: 4/13/17

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Norberto Juarez

DATED: 4/13/17

*/s/Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney

## **ORDER**

The status conference currently set for April 19, 2017, before Honorable Lawrence J. O'Neill is continued to Monday, May 1, 2017 at 8:30 a.m.

It may be helpful at this stage for Defense Counsel to know that the Court is not inclined to follow the recommendation of Probation. The Defendant has a long-term and significant drug addiction. It's time to deal with it. The statutory maximum due to the violation is 5 years. The Court is inclined to give the Defendant a choice:

1. Two years in custody with no supervised release to follow; or
2. A two year in patient drug program at Delancey Street in San Francisco, with disposition to follow the drug program, with the indication that if he succeeds at the in patient program, the sentence will be credit for time served; and if he fails the drug program, to protect the public from his continued drug addicted behavior with 5 years in prison.

IT IS SO ORDERED.

Dated: **April 14, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2