IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00066-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| NORBERTO JUAREZ | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Norberto Juarez shall be released to Senior United States Probation Officer Julie Martin, from the Lerdo County Jail on Monday, May 8, 2017 at 8:30am. Senior United States Probation Officer Julie Martin will then transport Norberto Juarez directly to the Salvation Army in Bakersfield, California to be admitted and complete residential program.

IT IS SO ORDERED.

Dated: __**May 4, 2017**__  _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE